1  SIGAL CHATTAH
   Acting United States Attorney
2  District of Nevada
   Nevada Bar No. 8264
3  CLAY A. PLUMMER
   Nevada Bar No. 6778
4  Special Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
5  Las Vegas, Nevada 89101
   Tel: (702) 388-6336
6  clay.plummer@usdoj.gov
   *Attorneys for the United States*

7

              **UNITED STATES DISTRICT COURT**
8                  **DISTRICT OF NEVADA**

9
   UNITED STATES OF AMERICA,           Case No. 2:25-mj-000634-DJA
10
              Plaintiff,               **Stipulation for an Order**
11                                     **Directing Probation to Prepare**
        v.                             **a Criminal History Report**
12
   MARIA VEGA-VILLALBA,
13   aka "Maria Del Refugio Vega Villalba,"

14            Defendant.

15

16  IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting

17  United States Attorney, and Clay Plummer, Special Assistant United States Attorney,

18  counsel for the United States of America, Rene L. Valladares, Federal Public Defender,

19  and_ Ellesse Henderson ___, Assistant Federal Public Defender, counsel for defendant

20  MARIA VEGA-VILLALBA, that the Court direct the U.S. Probation Office to prepare a

21  report detailing the defendant's criminal history.

22        This stipulation is entered into for the following reasons:

23

24

1.    The United States Attorney's Office has developed an early disposition program for immigration cases, authorized by the Attorney General pursuant to the PROTECT ACT of 2003, Pub. L. 108-21. Pursuant to this program, the government has extended to the defendant a plea offer in which the parties would agree to jointly request an expedited sentencing immediately after the defendant enters a guilty plea.

2.    The U.S. Probation Office cannot begin obtaining the defendant's criminal history until after the defendant enters his guilty plea unless the Court enters an order directing the U.S. Probation Office to do so. Such an order is often entered in the minutes of a defendant's initial appearance when charged by indictment.

3.    The U.S. Probation Office informs the government that it would like to begin obtaining the criminal history of defendants eligible for the early disposition program as soon as possible after their initial appearance so that the Probation Office can complete the Presentence Investigation Report by the time of the expected expedited sentencing.

4.    Accordingly, the parties request that the Court enter an order directing the U.S. Probation Office to prepare a report detailing the defendant's criminal history.

DATED this ⁹ᵗʰ day of September, 2025.

Respectfully Submitted,

RENE L. VALLADARES
Federal Public Defender

SIGAL CHATTAH
Acting United States Attorney

/s/ _____

/s/ Clay Plummer
CLAY A PLUMMER
Special Assistant United States Attorneys

Assistant Federal Public Defender
Counsel for Defendant
MARIA VEGA-VILLALBA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-000634-DJA |
| Plaintiff, | **Order Directing Probation to Prepare a Criminal History Report** |
| v. | |
| MARIA VEGA-VILLALBA, aka "Maria Del Refugio Vega Villalba," | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 10th day of September, 2025.

_____
HON. DANIEL J ALBREGTS
UNITED STATES MAGISTRATE JUDGE